UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL JOSEPH BRITAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-13314** |
| **22ND JUDICIAL DISTRICT COURT** | **SECTION "A" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Danial Joseph Britain's § 1983 claims against the 22nd Judicial District Court are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

December 19, 2016

_____
**UNITED STATES DISTRICT JUDGE**